IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RONALD J. FURMANSKI,

    Defendant.

Case No. 15-cr-40011-SMY

**MEMORANDUM AND ORDER**

This matter comes before the Court on defendant Ronald J. Furmanski's *pro se* Motion for Bond Hearing (Doc. 24). Furmanski is currently represented by attorney Judith A. Kuenneke. A litigant does not have a right to file his own motions when he is represented by counsel. *See Hayes v. Hawes*, 921 F.2d 100, 102 (7th Cir. 1990) (*per curiam*). "Representation by counsel and self-representation are mutually exclusive." *Cain v. Peters*, 972 F.2d 748, 750 (7th Cir. 1992). So-called "hybrid representation" confuses and extends matters at trial and in other proceedings and, therefore, it is forbidden. *See United States v. Oreye*, 263 F.3d 669, 672-73 (7th Cir. 2001). The court may strike as improper any such *pro se* filings. *See, e.g.*, *United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998). Accordingly, the Court **DIRECTS** the Clerk of Court to **STRIKE** Furmanski's *pro se* filing (Doc. 24).

**IT IS SO ORDERED.**

**DATED:** May 18, 2015

                                                s/ Staci M. Yandle
                                                **STACI M. YANDLE**
                                                **DISTRICT JUDGE**